IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS P. JENSEN, an alleged incapacitated person, by his lawful wife and attorney in fact DEBORAH J. JENSEN; and DEBORAH J. JENSEN in her own right, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 09-2977 |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

## Order

And now, this 24th day of November, 2009, upon careful consideration of the government's motion to dismiss plaintiff Deborah J. Jensen's claim for loss of consortium (Doc. #15), plaintiffs' response and supplemental memorandum of law, and the government's reply, it is hereby **ORDERED** that Deborah J. Jensen's claim for loss of consortium, found at paragraphs 41-43 of the Complaint, is **DISMISSED** for lack of jurisdiction and that Deborah J. Jensen, individually in her own right, is **DISMISSED** as a party to this action.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge